**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN HALL, an individual<br><br>      Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC.; and Does 1 through 50, inclusive,<br><br>      Defendants. | Case No. 5:25−cv−00662−KK−DTB<br>[Removed from San Bernardino Superior Court, Case No. CIVSB2433626]<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>Removal Filed: March 12, 2025<br>Complaint Filed: November 7, 2024 |

- 1 -

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED by and between Plaintiff Steven Hall and Defendant Airport Terminal Services, Inc., by and through their respective counsel of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this entire action, including all claims and causes of action asserted by all parties, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: January 28, 2026                     **JAURIGUE LAW GROUP**

By: *Michael Jaurigue*
    Michael J. Jaurigue
    S. Sean Shahabi
    *Attorneys for Plaintiff*
    STEVEN HALL

Dated: January 28, 2026                     **AKERMAN LLP**

By: /s/Marissa Alguire
    Marissa Alguire
    Mojan Anari
    Felipe Gomez
    *Attorneys for Defendant*
    AIRPORT TERMINAL, INC.

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

## <u>ORDER OF DISMISSAL</u>

Pursuant to the stipulation of the parties under <u>Federal Rule of Civil Procedure 41(a)(1)(ii)</u>, IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: January 29, 2026

_____

Honorable Kenly Kiya Kato
United States District Court Judge

STIPULATION OF DISMISSAL [<u>FRCP 41(A)</u>] AND ORDER OF DISMISSAL